IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**BRIAN EUGENE MESERVE,**

    **Petitioner,**

v.                                                  Case No. 2:04-cv-1132
                                                        JUDGE MARBLEY

**STATE OF OHIO COURT OF COMMON**
    **BELMONT COUNTY,**                    Magistrate Judge KEMP
    **Respondent.**

**OPINION AND ORDER**

On April 5, 2005, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4 of the Rules Governing Section 2254 Cases recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed as barred by the one year statute of limitations under 28 U.S.C. §2254.  On April 18, 2005, petitioner filed objections to the *Report and Recommendation*.  Petitioner objects to all of the conclusions of the Magistrate Judge, and again argues that equitable tolling is appropriate in this case.  For the reasons discussed at length in the *Report and Recommendation*, the Court is not persuaded by petitioner's argument.

Pursuant to 28 U.S.C. 636(b)(1), this Court has conducted a *de novo* review of those portions of the *Report and Recommendation* that are objected to.  For the reasons discussed in the *Report and Recommendation*, petitioner's objections are **OVERRULED.**

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**.  This case is hereby **DISMISSED.**

**IT IS SO ORDERED**.

   s/Algenon L. Marbley   
ALGENON L. MARBLEY  
United States District Judge
